Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Garland Division

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Apr 30, 2021
OFFICE OF THE CLERK

Sandra G. Rostan

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The University of Arkansas and Robert D. Bledsoe

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:21cv6071
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☒ Yes   ☐ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Sandra G. Rostan |
   | Street Address | 1521 Fox Pass Cutoff |
   | City and County | Hot Springs      Garland |
   | State and Zip Code | 71901 |
   | Telephone Number | 501-282-5893 |
   | E-mail Address | ransan1521@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
| | |
|---|---|
| Name | The University of Arkansas |
| Job or Title *(if known)* | |
| Street Address | 4 West Avenue Annex, 1 |
| City and County | Fayetteville       Washington |
| State and Zip Code | AR |
| Telephone Number | 870-575-3333 |
| E-mail Address *(if known)* | |

Defendant No. 2
| | |
|---|---|
| Name | Robert D. Bledsoe |
| Job or Title *(if known)* | Executive Director of Garvan Woodland Gardens |
| Street Address | 540 Arkridge Road |
| City and County | Hot Springs       Garland |
| State and Zip Code | AR  71913 |
| Telephone Number | 501-262-9610 |
| E-mail Address *(if known)* | rbledso@uark.edu |

Defendant No. 3
| | |
|---|---|
| Name | Rebecca Ohman |
| Job or Title *(if known)* | Garden Director |
| Street Address | 540 Arkridge Road |
| City and County | Hot Springs |
| State and Zip Code | AR   71913 |
| Telephone Number | 501-276-7129 |
| E-mail Address *(if known)* | rlt002@uark.edu |

Defendant No. 4
| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

        Telephone Number

        E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Garvan Woodland Gardens |
| Street Address | 540 Arkridge Road |
| City and County | Hot Springs      Garland |
| State and Zip Code | 71913 |
| Telephone Number | 501-262-9300 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒     Other federal law *(specify the federal law)*:
    The Family and Medical Leave Act

☒     Relevant state law *(specify, if known)*:
    Arkansas Whistle-Blower Act

☐     Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☒ Other acts *(specify)*: Libel

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
June 10, 2020

C. I believe that defendant(s) *(check one)*:
☐ is/are still committing these acts against me.
☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race
☐ color
☐ gender/sex
☐ religion
☐ national origin
☒ age *(year of birth)* 55 *(only when asserting a claim of age discrimination.)*
☒ disability or perceived disability *(specify disability)*
Diabetes, Coronary Artery Disease, Underactive Thyroid Disease, Fibromyalgia.

E. The facts of my case are as follows. Attach additional pages if needed.

1. The Plaintiff was hired by the above named Defendant on or about August 3, 2007 and held the positions of Administrative Assistant, Human Resource Liaison and Fiscal Analyst.

2. This is an action for relief from violations by Defendant University of Arkansas, Defendant Bob Bledsoe and Defendant Rebecca Ohman. (collectively, "Defendants"), of the right of Plaintiff Sandra Rostan (Plaintiff) to be free from unlawful employment discrimination on the basis of Age (55), Disabilities (underlying conditions related to Covid-19), Retaliation and Libel.

3. Plaintiff is approximately 15 years younger than Defendants Garden Director and Garden Manager. The Garden Manager has spoken the words "we want to get rid of the older people who were under the former Garden Director, so we can hire more educated people."

5. The Defendants have a low regard for women in this particular Budgetary Unit.  The Plaintiff has witnessed the unfair treatment of its employees.  The Defendants bully employees by telling them that "if the University finds out, you will be in big trouble!"  The Plaintiff has witnessed the Defendant's terminate employees on the grounds that their department was "going away".  To this day, that department is stilll active.

4. Defendants retaliated against the Plaintiff during the onset of Covid-19 when the Plaintiff called the Defendant's Central Human Resources (a routine practice for the Plaintiff) to answer a question about job protection during Covid-19.  The Plaintiff was treated as a "Whistle-Blower" for asking a question her Human Resources chain of command.

5. Defendant's used the fact that the Plaintiff phoned her Human Resources to retaliate.  Defendant's became a rater on Plaintiff's evaluation after the year had completed.  The Plaintiff's supervisory chain was never changed in the Human Resources database.  The Defendant's created an evaluation that was filled with lies and misinformation to justify an unsatisfactory mark in quality of work, work consistency and communication.  Furthermore, the Plaintiff's evaluation was made to look like two separate evaluations in one, which is not the normal procedure for an evaluation with dual supervisors.

6. The Plaintiff appealed her evaluation through the Defendant's process.  There were four levels of appeal.  At the second level, the Defendant's wrote a libelous email as a response that threatened that the

Plaintiff may not have a job if her Human Resources duties were taken away.  This Defendant's response was at the first level.  The Plaintiff submitted signed, notorized affidavits as proof that the Defendant was not being truthful.  Defendants did not care that there was proof that this evaluation was retaliatory or had infringed on my rights, they upheld evaluation, even when the Chancellor's Committee at the fourth level had recommended that the unsatisfacory rating should be changed.

7.  The Plaintiff sought relief from the Equal Employment Opportunity Commission (EEOC), rather than using the Defendant's internal measures, due to the handling of the appeals process.  The Plaintiff received the "right to sue" letter from the EEOC.

8.  Due to the undue stress from the Defendant's, the Plaintiff was forced to retire from the workforce approximately 15 years before her retirement age..

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.  **Exhaustion of Federal Administrative Remedies**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11/12/2020

B.  The Equal Employment Opportunity Commission *(check one)*:
- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on *(date)*   2/2/2021   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☒ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seeks both actual and punitive damages.  Wages until reitrement age would be $35,500.00 plus a 2%

cost of living increase each year $532,500.00 and 10% employer match to retirement is an additional $54,315.00

for a total of $597,465.00  Although the Plaintiff is no longer employed, the Defendants maltreatment of current

employees continues.  The only way to make a change is through example.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   4/30/2021

Signature of Plaintiff   *Sandra Rostan*
Printed Name of Plaintiff   Sandra Rostan

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | |
|---|---|
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |